**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| FRANCINE PLUNKERT ) | |
| f/k/a Francine Uriarte ) | CIVIL ACTION NO.: |
| ) | 4:13-cv-547 |
| VS. ) | |
| ) | |
| GC SERVICES LIMITED ) | |
| PARTNERSHIP ) | |
|     DEFENDANT ) | |

**PLAINTIFF'S NOTICE OF SETTLEMENT**

COMES NOW Plaintiff, Francine Plunkert, and for her Notice of Settlement states:

1. On April 17, 2013 the parties agreed to a settlement in the above-captioned matter.

2. Plaintiff anticipates that the necessary Releases and other settlement documents will be exchanged by the parties, and a Notice of Voluntary Dismissal will be filed on or before May 8, 2013.

**WHEREFORE**, Plaintiff prays this Court for an Order passing this matter for settlement, and allowing the parties an extension up to and including May 8, 2013 in which to file a Notice of Dismissal after the Settlement is affected.

# HEALEY LAW, LLC

/s/ Robert T. Healey
Robert T. Healey  EDMO # 34138MO
Attorney for Plaintiff
640 Cepi Drive, SuiteA
Chesterfield, MO 63005
telephone:	(636) 536-5175
fax:	(636) 590-2882
email:	bob@healeylawllc.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he has filed a true and accurate copy of the Notice of Settlement with the Court's ECF filing system this 18th day of April 2013.

/s/ Robert T. Healey