```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION
```

FRANCINE PLUNKERT,              )
                                )
          Plaintiff,            )
                                )
     v.                         )  Case No. 4:13CV547 FRB
                                )
GC SERVICES LIMITED             )
PARTNERSHIP,                    )
                                )
          Defendant.            )

## ORDER

In accordance with plaintiff's Notice Of Voluntary Dismissal (Docket No. 6),

**IT IS HEREBY ORDERED** that this cause is dismissed with prejudice.

_/s/ Frederick R. Buckles_
UNITED STATES MAGISTRATE JUDGE

Dated this 21st day of August, 2013.